FILED
2023 Jun-14  PM 04:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern  District of Alabama

FILED

2023 JUN 13  A 9: 59

DISTRICT COURT
N.D. OF ALABAMA

Case No. 7:23cv 772-LSC

*(to be filled in by the Clerk's Office)*

Lashonda Gordon Simmons

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint.)*

-v-

Onin Group LLC

Mercedes International

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

# COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Lashonda Gordon Simmons |
| Street Address | 3907 45th Ave |
| City and County | Tuscaloosa |
| State and Zip Code | Alabama, 35401 |
| Telephone Number | 205-886-3433 |
| E-mail Address | lashondasimmons84@yahoo.com |

**☐ Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

---

**Date** _____     **Participant Signature** _____

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | *Onin Group, LLC* |
| Job or Title *(if known)* | *3rd party hiring agency* |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | *MBUSI / Mercedes International* |
| Job or Title *(if known)* | *Mercedes Corporation* |
| Street Address | *1 Mercedes Drive* |
| City and County | *Vance* |
| State and Zip Code | *Alabama, 35490* |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☒    Termination of my employment.

☐    Failure to promote me.

☒    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Falsification of information in statements to EEOC—
*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒ race          African American | Black

☒ color         Black

☒ gender/sex    Female

☐ religion

☐ national origin

☒ age *(year of birth)*    1982    *(only when asserting a claim of age discrimination.)*

☒ disability or perceived disability *(specify disability)*

Injured hand(s) pertaining to work at the plant only.

E.  The facts of my case are as follows. Attach additional pages if needed.

I was discriminated, harassed, due to me being a 40yr old black female. I was told on many occassions, this here plantation you want last on you started too late, You should have came here in your early 20's, so we don't want here asalt your arthritis pain. it was constant talk from the opposite sex (male) Race (white) who are in professional & management positions. #2 The main Director Bridgette invesngated me on such talk, did not try to consider iether me show her the staff that are talking about the ruman on the line and continuing having me leave acttess out, But never apdarted or met back with me on the investigation, But when my hand is injured, after me being harassed on line at work, months later it is used to have me fired →

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*  03-13-2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.        Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission
regarding the defendant's alleged discriminatory conduct *(check one)*:

☐        60 days or more have elapsed.

☒        less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the
amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive
or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive
money damages.

Malicious intent of termination from employment
Fraudulent statements made by Onin LLC and Mercedes employers
that were told what to write in statements and what not to put.
Banned from MBUSI facility and 3rd parties by Onin Group with
misleading termination. & Compensatory damages for front and
back pay due to the mental anguish that has been caused due
to company malicious extent.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be
served.  I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

Date of signing:    6 / 05 / 2023

Signature of Plaintiff

Printed Name of Plaintiff

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Page 7 of 7

## B.    For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Street Address  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

**CERTIFIED MAIL®**



9589 0710 5270 1064 1006 03



RDC 28



35203

U.S. POS.
FCM LET.
TUSCALO
35401
JUN 12 2
AMOUNT
**$5.**
R2304M11

From: Lashonda Simmons
3907 95th Ave
Tuscaloosa, AL 35401



SECURITY
JUN 8 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

# ReadyPost®
## Document Mailer

To: Clerk U.S. District Cour
Room 140 US Courthouse
1729 5th Avenue North
Birmingham, Alabama 35203
35203

35203$2037 C006